DAYLE ELIESON
United States Attorney
District of Nevada
Nevada Bar No. 2137
CHANTAL R. JENKINS
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-8931
chantal.jenkins@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| FELICIA YARBOROUGH, | Case No. 2:17-cv-02823-JCM-NJK |
| Plaintiff, | **UNOPPOSED MOTION FOR** |
| | **TWO WEEK EXTENSION OF TIME** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant, | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand from March 19, 2018 to April 2, 2018. Defendant's counsel requests this additional time due to workload. Since Plaintiff's counsel filed her brief, Defendant's counsel has been working on a case before the Equal Opportunity Employment Commission (EEOC) and is in the process of drafting a settlement agreement. Defendant's counsel also has to complete several other district court briefs in disability cases.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this

1 | motion, on March 16, 2018.

2 | Respectfully submitted this 16th day of March 2018.

DAYLE ELIESON
United States Attorney

*/s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

OF COUNSEL:

DEBORAL LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 16, 2018