# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Felicia Rollanda Yarborough | JUDGMENT IN A CIVIL CASE<br>for ATTORNEY FEES |
| Plaintiff, | |
| v. | Case Number: 2:17-cv-02823-JCM-NJK |
| Nancy A. Berryhill | |
| Defendant. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorney fees are awarded to the Plaintiff in the amount of $5,200.00 as authorized by 28 U.S.C. § 2412.

| | |
|---|---|
| 1/11/19 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |